# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2015

Clerk
Court of Appeals of Texas, Seventh District
Potter County Courts Bldg.
501 S. Fillmore, Suite 2-A
Amarillo, TX  79101



SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Re:  Elnora Moses
     v. Texas Workforce Commission, et al.
     No. 14-8382
     (Your No. 07-12-00207-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk